## PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.

DONALD N. PATTEN
ROBERT R. HATTEN
ALAN A. DIAMONSTEIN
HENRY DUNCAN GARNETT, JR.
AVERY T. WATERMAN, JR.[1]
SOUTH T. PATTERSON
JAMES H. SHOEMAKER, JR.
HUGH B. MCCORMICK, III
STEVEN A. MEADE
TODD M. LYNN
WILLIAM W. C. HARTY
JENNIFER W. STEVENS
SCOTT L. REICHLE
LINDSEY A. CARNEY
ERIN E. JEWELL
JASON E. MESSERSMITH
F. ALEX COLETRANE

ATTORNEYS AND COUNSELORS AT LAW
SUITE 300
12350 JEFFERSON AVENUE
NEWPORT NEWS, VIRGINIA 23602

(757) 223-4500

FAX (757) 223-4518

WRITER'S DIRECT DIAL: (757) 223-4580
WRITER'S E-MAIL: jshoemaker@pwhd.com
WEBSITE: http://www.pwhd.com

KEVIN M. DIAMONSTEIN[2]
ANDREW J. DEAN[4]
JEANNETTE M. DODSON-O'CONNELL[5]
SPENCER A. REISS

OF COUNSEL
GARY M. DIMUZIO[3]
H. SEWARD LAWLOR

NEAL J. PATTEN (1917-2009)
I. LEAKE WORNOM, JR. (1926-2008)
THOMAS R. WATKINS (1925-1995)
STANLEY W. DRUCKER (1931-2010)

---

[1] Admitted in VA, DC and LA
[2] Admitted in VA, DC, PA and NY

[3] VA Pending, Admitted in TX
[4] Admitted in VA and FL
[5] Admitted in VA and DC

October 25, 2018

*Via Facsimile (757-222-7023) and First Class Mail*
Honorable Raymond A. Jackson
United States District Court
  for the Eastern District of Virginia
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

Re:  **Foreman v. Smithfield**            **Lassiter & Sessoms v. Smithfield**
     Civil Action No. 2:18cv271          Civil Action No. 2:18cv276

     **Belle and Day v. Smithfield**     **Chiles v. Smithfield**
     Civil Action No. 2:18cv273          Civil Action No. 2:18cv285

     **Ellis v. Smithfield**             **Davis & Davis v. Smithfield**
     Civil Action No. 2:18cv274          Civil Action No. 2:18cv286

Dear Judge Jackson:

   This is to inform you that all of the captioned matters were resolved this week in mediation. We will soon be submitting orders dismissing these actions with prejudice.

**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**

Hon. Raymond A. Jackson
October 25, 2018
Page 2

      With kind regards, I am

                          Very respectfully,

                          PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.

                          James H. Shoemaker, Jr.

JHS/sf
cc:    Christy E. Kiely, Esquire
        Cindra M. Dowd, Esquire